1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   TRACY ARTHUR STONE,              )          1:05-CV-1377 REC WMW P
                                      )
12          Plaintiff,                )
                                      )          ORDER DENYING MOTION FOR
13                                    )          APPOINTMENT OF COUNSEL
            v.                        )          (DOCUMENT #3)
14                                    )
     M. VASQUEZ, et al.,              )
15                                    )
                                      )
16          Defendants.               )
                                      )
17   ─────────────────────────────────)

18          Plaintiff has requested the appointment of counsel.  The United States Supreme Court

19   has ruled that district courts lack authority to require counsel to represent indigent prisoners in

20   § 1983 cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S.

21   296, 109 S.Ct. 1814 (1989).

22          In certain exceptional circumstances, the court may request the voluntary assistance

23   of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Without a reasonable method of securing and

24   compensating counsel, this court will seek volunteer counsel only in the most serious and

25   exceptional cases.

26          In the present case, the court does not find the required exceptional circumstances.

27   Even if it is assumed that plaintiff is not well versed in the law and that he has made serious

28                                               1

1   allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is

2   faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of counsel

3   must be denied.

4               In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request for

5   the appointment of counsel is denied.

6   IT IS SO ORDERED.

7   **Dated:**     **December 8, 2005**             **/s/  William M. Wunderlich**

      j14hj0                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28