IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY ARTHUR STONE,

    Plaintiff,        1: 05 CV 1377 LJO WMW PC

  vs.                    FINDINGS AND RECOMMENDATION

M. VASQUEZ, et al.,

    Defendants.

    On July 3, 2008, an order was entered, granting Plaintiff leave to file an amended complaint. The order noted that the first amended complaint stated a claim for relief as to defendants Vasquez and Rodriguez, and failed to state a claim for relief as to the remaining defendants. Plaintiff was granted leave to file a second amended complaint. Plaintiff was advised that if he failed to do so, the remaining defendants would be dismissed. Plaintiff failed to file a second amended complaint.

    Accordingly, IT IS HEREBY RECOMMENDED that defendants Cota, Tanner, Alcala, Cartagena, Sherman, Adams, Allen and Grannis be dismissed.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file

1  written objections with the court.  Such a document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
3  objections within the specified time waives all objections to the judge's findings of fact.  <u>See</u>
4  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
5  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
6  F.2d 1153 (9th Cir. 1991).

8  IT IS SO ORDERED.
9  **Dated:     September 3, 2008**            /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE