IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY ARTHUR STONE,

       Plaintiff,         1: 05 CV 1377 LJO WMW PC

  vs.                         ORDER RE FINDINGS AND
                                 RECOMMENDATION  (DOC 20)

M. VASQUEZ, et al.,

       Defendants.

On July 3, 2008, an order was entered, granting Plaintiff leave to file an amended complaint.  That order noted that the first amended complaint stated a claim for relief as to Defendants Vasquez and Rodriguez for excessive force.  The first amended complaint failed to state a claim for relief as to the remaining defendants.  Plaintiff was advised that if he failed to file a second amended complaint, this action would proceed against Vasquez and Rodriguez on the first amended complaint, and the court would recommend dismissal of the remaining defendants.  Plaintiff chose not to file a second amended complaint.  On August 7, 2008, findings and recommendations were entered, recommending that this action be dismissed.  On August 18, 2008, Plaintiff filed objections.  Plaintiff correctly notes that the August 7, 2008, recommendation of dismissal is in error.

Accordingly, IT IS HEREBY ORDERED that the August 7, 2008, recommendation of

1  dismissal is vacated.  This action proceeds on the first amended complaint against Defendants
2  Vasquez and Rodriguez.
3  IT IS SO ORDERED.
4  **Dated:   September 3, 2008**                /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE