IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY ARTHUR STONE,

              Plaintiff,                1: 05 CV 1377 LJO WMW PC

   vs.                        ORDER

M. VASQUEZ, et al.,

              Defendants.

       On September 18, 2008, Plaintiff returned to the court completed USM 285 forms. Plaintiff has not, however, provided the identifying information for the defendants.  In the order of September 3, 2007, the court noted that the complaint stated a claim as to Defendants Vasquez and Rodriguez.  In order to effect service on those defendants, Plaintiff must provide identifying information for them.  Plaintiff must provide the names and as much information (place and date of employment) that he can.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  The Clerk's Office shall return to Plaintiff the forms submitted on September 18, 2007.

       2.  Plaintiff shall submit, within thirty days of the date of service of this order, the USM 285 forms for service of process.

IT IS SO ORDERED.

**Dated:    October 2, 2008**                  **/s/  William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE