IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TRACY ARTHUR STONE,** | 1:05-CV-1377 JAT |
| Plaintiff, | **ORDER** |
| v. | |
| **M. VASQUEZ, et al.,** | |
| Defendants. | |

   Good cause appearing, IT IS ORDERED granting Defendants' motion for extension of time to respond to the complaint (Doc. #32), Defendants are granted a forty-five day extension of time, to and including February 23, 2009, to file a responsive pleading. Due to the age of this case, Defendants should not anticipate any further extension of this deadline.

   DATED this 21st day of January, 2009.

_____
James A. Teilborg
United States District Judge