IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TRACY ARTHUR STONE,** | 1:05-CV-1377 JAT |
| Plaintiff, | **ORDER** |
| v. | |
| **M. VASQUEZ, et al.,** | |
| Defendants. | |

The Court having found good cause and having granted Defendants' motion for extension of time to answer (*see* Order at Doc. #34),

IT IS ORDERED denying Plaintiff's motion for entry of default judgment and denying Plaintiff's motion for trial on damages (Doc. #35) as moot.

DATED this 22nd day of January, 2009.

_____
James A. Teilborg
United States District Judge