| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | IN THE UNITED STATES DISTRICT COURT | |
| 7 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| Tracy Arthur Stone, | ) | No. 1:05-CV-1377-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Vasquez and Rodriguez, | ) | |
| Defendants. | ) | |

Pending before the Court are several motions. Defendants filed a motion for an extension of time to April 21, 2009 to respond to Plaintiff's "First Request for Discovery." Doc . #41. Plaintiff does not oppose the motion. Doc. #45. Defendants did not email a proposed order to chambers. Defendants were notified of this violation of the Eastern District of California Local Rules. Doc. #42 (Notice issued to attorney Jessica Devencenzi). Defendants still did not email a proposed order to chambers. This one time, because Plaintiff has consented to the extension, the Court will grant the request. However, if Defendants again violate Eastern District of California Local Rule 5-137(b), their motions will be summarily denied.

Plaintiff has two discovery motions pending. As far as the Court can determine, both motions involve documents or information that Plaintiff has in his possession that he is seeking leave from the Court to disclose to the Defendants. The Court will grant this request;

however, Plaintiff is advised that in the future he does not need leave of Court to make the disclosures authorized or required by the Federal Rules of Civil Procedure.

Finally, Plaintiff has moved to amend the complaint. Doc. #43. Defendants do not oppose this motion. Doc. #48. Therefore, this request will be granted.

Based on the foregoing,

IT IS ORDERED that Defendant's motion for an extension of time to April 21, 2009 to respond to the discovery request of Plaintiff referenced in the motion (Doc. #41) is granted;

IT IS FURTHER ORDERED that Plaintiff's two motions for leave of court (to make initial disclosures) are granted (Docs. ##46 and 47); Plaintiff shall send these disclosures to Defendant within 10 business days of his receipt of this Order; and

IT IS FURTHER ORDERED that Plaintiff's motion for leave to amend (Doc. #43) is granted; the Clerk of the Court shall file Plaintiff's lodged amended complaint (Doc. #44) into the record.

DATED this 29th day of April, 2009.

James A. Teilborg
United States District Judge