# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **TRACY ARTHUR STONE,** | 1:05-CV-1377 JAT |
| Plaintiff, | **ORDER** |
| v. | |
| **M. VASQUEZ, et al.,** | |
| Defendants. | |

Pending before the Court's is Plaintiff's request to have this Court appoint an expert for him, or alternatively, preclude Defendant from calling on expert. This case is an excessive force case. Based on the record, the Court agrees with Defendants that this case is no so complex as to call for the appointment of an expert for Plaintiff at the government's expense. *See generally Jimenez v. Sambrano*, 2009 U.S. Dist. LEXIS 20177, *3 (S.D. Cal. 2009). Further, the Court does not find any entitlement to the appointment of an expert in the in forma pauperis statute. *See id*. Therefore,

IT IS ORDERED that Plaintiff's motion to appoint an expert (Doc. #51) is denied;

IT IS FURTHER ORDERED that Plaintiff's preemptive motion to preclude any expert the defense might disclose is denied as premature, without prejudice to Plaintiff making any evidentiary objections he deems appropriate at trial or in response to any dispositive motion; and

/ / /

/ / /

1

IT IS FURTHER ORDERED that Defendant's motion for extension of time to respond to discovery (Doc. #60) is granted to the extent the response filed on June 8, 2009 is deemed to be timely.

DATED this 15th day of June, 2009.

_____
James A. Teilborg
United States District Judge