IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TRACY ARTHUR STONE,**<br><br>Plaintiff,<br><br>v.<br><br>**M. VASQUEZ, et al.,**<br><br>Defendants. | 1:05-CV-1377 JAT<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's unopposed motion to serve an additional 32 interrogatories (in addition to the 25 permitted by Rule) (Doc. #58) is granted (however, Plaintiff must serve these additional interrogatories within the existing discovery deadlines);

IT IS FURTHER ORDERED that Defendants' request for extension of time to July 2, 2009, to respond to Plaintiff's first set of interrogatories (Doc. #68) is granted.

DATED this 22nd day of June, 2009.

_____
James A. Teilborg
United States District Judge